In the Matter of Vernon E. ABNEY, Respondent.

(415 S.E. (2d) 818)

Supreme Court

## March 16, 1992.

## ORDER

The Board of Commissioners on Grievances and Discipline petitions this Court to temporarily suspend the respondent from the practice of law. Respondent opposes the petition.

IT IS ORDERED that respondent's license to practice law in this State is temporarily suspended until further order of this Court. This order shall be made public as provided by Paragraph 7 B of the Rule on Disciplinary Procedure.